IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALEXANDER ANTHONY VELASQUEZ,

    Petitioner,

v.                                                 No. 23-cv-00693-MIS-GJF

ATTORNEY GENERAL FOR THE
STATE OF NEW MEXICO.

    Respondent.

## ORDER TO CURE DEFICIENCY

This matter is before the Court on Petitioner Alexander Velasquez's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2254 (Doc. 1). To prosecute this case, Petitioner must prepay the $5.00 filing fee, or alternatively, file a motion to proceed *in forma pauperis* on the form mailed to him by the Clerk's office on October 3, 2023, within thirty (30) days of entry of this Order. *See* 28 U.S.C. § 1915(a)(2). Any *in forma pauperis* motion must attach an inmate account statement reflecting transactions between February 18, 2023 and August 18, 2023. All filings must include the case number (23-cv-00693-MIS-GJF). The failure to timely prepay the filing fee or file an *in forma pauperis* motion that includes an inmate account statement may result in dismissal of this case without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Petitioner must prepay the $5.00 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with an account statement.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE